# EXHIBIT A



# Notice of Service of Process

null / ALL
Transmittal Number: 27209271
Date Processed: 07/03/2023

| Primary Contact: | Tracy Adair
AMERICAN AIRLINES, INC.
1 Skyview Dr
Md 8B503
Fort Worth, TX 76155-1801 |
|---|---|

| | |
|---|---|
| Entity: | American Airlines, Inc.
Entity ID Number 4333094 |
| Entity Served: | American Airlines, Inc. |
| Title of Action: | Dawn Pecor vs. American Airlines, Inc. |
| Matter Name/ID: | Dawn Pecor vs. American Airlines, Inc. (14279666) |
| Document(s) Type: | Summons/Complaint |
| Nature of Action: | Personal Injury |
| Court/Agency: | Charleston County Court of Common Pleas, SC |
| Case/Reference No: | 2023-CP-10-03050 |
| Jurisdiction Served: | South Carolina |
| Date Served on CSC: | 06/29/2023 |
| Answer or Appearance Due: | 30 Days |
| Originally Served On: | CSC |
| How Served: | Certified Mail |
| Sender Information: | Hodge & Langley Law Firm
864-585-3873 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com



## Hodge & Langley
### LAW FIRM

CHARLES J. HODGE
CHodge@hodgelawfirm.com
NBTA CERTIFIED CIVIL TRIAL SPECIALIST

T. RYAN LANGLEY
RLangley@hodgelawfirm.com
LICENSED IN SOUTH CAROLINA, NORTH CAROLINA, AND GEORGIA

MATTHEW T. FOSS
MFoss@hodgelawfirm.com
LICENSED IN SOUTH CAROLINA

June 27, 2023

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**
**7022 0410 0001 3611 4408**

Corporation Service Company
508 Meeting Street
West Columbia, SC 29169

Re:    **Dawn Pecor vs. American Airlines, Inc.**
       **CA No. 2023-CP-10-03050**

Dear Sir or Madam:

Please find enclosed a Summons and Complaint, which has been filed in regards to the above referenced case and is being served upon you as registered agent for American Airlines, Inc.

Yours very truly,

Charles J. Hodge

CJH/tp

Enclosures

229 MAGNOLIA STREET · SPARTANBURG, SC 29306
P.O. BOX 2765 · SPARTANBURG, SC 29304
TEL. (864) 585-3873 . FAX (864) 585-6485

ELECTRONICALLY FILED - 2023 Jun 23 9:26 AM - CHARLESTON - COMMON PLEAS - CASE#2023CP1003050

| | |
|---|---|
| STATE OF SOUTH CAROLINA ) | IN THE COURT OF COMMON PLEAS |
| ) | |
| COUNTY OF CHARLESTON ) | |
| ) | |
| Dawn Pecor, ) | |
| ) | **SUMMONS** |
| Plaintiff, ) | |
| ) | CA No.: **2023-CP-10-_____** |
| vs. ) | |
| ) | JURY TRIAL DEMANDED |
| American Airlines, Inc., ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

YOU ARE HEREBY SUMMONED and required to answer the Complaint in this action, a copy of which is attached herewith served upon you, and to serve a copy of your answer to said Complaint on the subscribers at their office at Post Office Box 2765, 229 Magnolia Street, Spartanburg, South Carolina, 29304, within thirty (30) days after such service; and if you fail to answer the Complaint within the time aforesaid, the Plaintiff in this action will apply to the Court for the relief demanded in this Complaint.

**HODGE & LANGLEY LAW FIRM**

s/Charles J. Hodge
**Charles J. Hodge**, SC Bar No. 2537
Attorney for Plaintiff
P.O. Box 2765
Spartanburg, SC 29304
Ph: (864) 585-3873
Fax: (864) 585-6485

Dated: June 22, 2023
Spartanburg, South Carolina

ELECTRONICALLY FILED - 2023 Jun 23 9:26 AM - CHARLESTON - COMMON PLEAS - CASE#2023CP1003050

| | |
|---|---|
| STATE OF SOUTH CAROLINA | ) IN THE COURT OF COMMON PLEAS |
| COUNTY OF CHARLESTON | ) |
| Dawn Pecor, | ) |
| Plaintiff, | ) **COMPLAINT** |
| vs. | ) **CA No.: 2023-CP-10-_____** |
| American Airlines, Inc., | ) **JURY TRIAL DEMANDED** |
| Defendant. | ) |

The Plaintiff, complaining of the Defendants, would respectively show unto this Court as follows:

### PARTIES, JURISDICTION AND VENUE

1. Dawn Pecor ("the plaintiff") is a citizen and resident of Chittenden County, State of Vermont.

2. American Airlines is a Delaware corporation doing business in Charleston County, South Carolina, and in many other countries and states.

3. A substantial portion of the events giving rise to this action transpired in Charleston County, South Carolina.

4. Jurisdiction and venue are proper for the foregoing reasons.

### FACTUAL BACKGROUND

5. The plaintiff incorporates the foregoing paragraphs as if repeated here, verbatim.

6. On July 14, 2022, the plaintiff was traveling on American Airlines flight number AA1440 from Philadelphia, Pennsylvania to Charleston, South Carolina.

7. At approximately 10:17 a.m., American Airlines flight AA1440 landed in Charleston, South Carolina. At the time of the landing touch-down impact, the Plaintiff heard a loud "bang" noise followed by sudden breaking, causing her to fly forward into the seats in front of her. As a result of the hard landing, Plaintiff has suffered severe pain in her spine, hip, and left leg.

-1-

ELECTRONICALLY FILED - 2023 Jun 23 9:26 AM - CHARLESTON - COMMON PLEAS - CASE#2023CP1003050

8. As a direct and proximate result of the defendant's acts, the plaintiff has suffered severe and debilitating physical injuries and has incurred medical expenses, lost wages, emotional distress and will continue to incur medical expenses and experience severe suffering as a result of her injuries.

9. The plaintiff is therefore informed and believes she is entitled to judgment against the defendant.

**<u>FOR A FIRST CAUSE OF ACTION</u>**
**(Negligence/Gross Negligence)**

10. The plaintiff incorporates the foregoing paragraphs as if repeated here, verbatim.

11. The defendant owed certain duties to the plaintiff, including, but not limited to, the following:

   a. to land in a manner which does not cause injury to passengers;

   b. to provide a safe environment;

   c. to provide appropriate flight services;

   d. to properly inspect the plane;

   e. to maintain the plane for proper functioning;

   f. to implement proper safety rules;

   g. to take reasonable precautions;

   h. to operate the plane with a degree of care, caution and prudence;

   i. to keep passengers free from harm;

   j. to compensate the plaintiff for injuries and damages;

   k. to hire competent employees/agents; and,

   l. other duties as may be shown through discovery and at trial.

12. Breaches of the defendant's duties to the plaintiff constitute negligence, and in some cases recklessness.

13. The defendant negligently and recklessly breached their duty to the plaintiff in several ways, including one or more of the following:

ELECTRONICALLY FILED - 2023 Jun 23 9:26 AM - CHARLESTON - COMMON PLEAS - CASE#2023CP1003050

a.  In landing the plan so abruptly as to cause injury to a belted passenger, namely the plaintiff;

b.  In operating the plane in an unsafe manner and failing to provide a safe environment for the plaintiff;

c.  In failing to implement appropriate safety procedures during the landing process;

d.  In failing to properly inspect the plane and maintain the plan for proper functioning;

e.  In failing to properly implement proper safety rules, develop proper safety culture concerning employee maintenance, selection and supervision;

f.  In failing to take proper precautions to ensure that no unreasonably dangerous conditions existed with respect to the landing process for the subject flight;

g.  In failing to operate the plane with the degree of care, caution, and prudence of a person with ordinary care, caution and prudence under the same or similar circumstances;

h.  In failing to keep passengers free from harm;

i.  In failing to compensate the plaintiff for injuries and damages;

j.  In failing to hire competent employees/agents to operate the plane;

k.  In such other ways as will be shown through discovery and at trial.

14. The acts of American Airlines as described above were negligent, grossly negligent, wanton and reckless.

15. As a direct and proximate result of the defendant's breaches, the plaintiff has been damaged.

16. Plaintiff is therefore entitled to recover from American Airlines damages to include medical expenses, permanent impairment, lost wages, lost earning capacity, lack of mobility, change in lifestyle, pain and suffering, emotional distress, mental anguish, loss of enjoyment of life, out of pocket expenses, other consequential damages, as well as punitive damages.

17. The plaintiff is therefore informed and believes she is entitled to judgment against the defendant for actual and punitive damages.

**WHEREFORE**, Plaintiff prays for judgment against the Defendant for actual, special, consequential, and punitive damages in an amount to be determined by the jury.

HODGE & LANGLEY LAW FIRM

s/Charles J. Hodge
**Charles J. Hodge**, SC Bar No. 2537
Attorney for Plaintiff
P.O. Box 2765
Spartanburg, SC 29304
Ph: (864) 585-3873
Fax: (864) 585-6485

Dated: June 23, 2023
Spartanburg, South Carolina

ELECTRONICALLY FILED - 2023 Jun 23 9:26 AM - CHARLESTON - COMMON PLEAS - CASE#2023CP1003050



US POSTAGE ＂PITNEY BOWES

ZIP 29306
02 7H
0006067731

$ 009.00°
JUN 27 2023

FIRST-CLASS

CERTIFIED MAIL

7022 0410 0001 3611 4408

FIRST CLASS MAIL

*Hodge & Langley*
LAW FIRM LLC
229 Magnolia Street
P.O. Box 2765
Spartanburg, South Carolina 29304

Corporation Service Company
508 Meeting Street
West Columbia, SC 29169